UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BRIAN ARASA NYANUMBA,<br><br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

26CR54 JWB/DLM

**INDICTMENT**

18 USC § 1425(a)

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Procuring Citizenship or Naturalization Unlawfully)

On or about January 27, 2025, in the State and District of Minnesota, the defendant,

**BRIAN ARASA NYANUMBA,**

knowingly procured and attempted to procure, contrary to law, his own naturalization, in violation of 18 USC § 1425(a).

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY     FOREPERSON



LT SCANNED
APR 2 1 2026
U.S. DISTRICT COURT MPLS