# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Brian Arasa Nyanumba

                Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-84 (JWB/DLM) |
| Date: | April 23, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:52 p.m. |
| Time Concluded: | 1:53 p.m. |
| Time in Court: | 1 Minute |

APPEARANCES:

Plaintiff:  Ethan Vande Wall, Assistant U.S. Attorney
Defendant:  Andrew Garvis
        X CJA    X Appointed for purposes of today. Defendant considering retaining counsel

**Indictment Dated:**  April 21, 2026

    X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                    *s/gep*
            Signature of Courtroom Deputy